# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| White River Royalties, LLC, and Sara Cammack, on behalf of themselves and a class of similarly situated persons, <br><br> Plaintiff, <br><br> vs. <br><br> Hess Bakken Investments II, LLC, <br><br> Defendant. | **ORDER FOR STATUS CONFERENCE** <br><br><br><br> Case No. 1:19-cv-218 |

The court held a scheduling conference with the parties on August 20, 2020, by telephone. Pursuant to its discussion with the parties, the court shall continue the scheduling conference until September 2, 2020, at 9:00 a.m. by telephone. To participate in the conference, the parties should dial the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

The parties shall submit a joint report to the court by August 27, 2020, that addresses each parties objections to the others proposals regarding discovery of electronically stored information deadlines, confidentiality agreements, and pretrial deadlines. In the interim, the parties are encouraged to further confer in an effort to bridge their differences.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court