# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| White River Royalties, LLC, and Sara Cammack, on behalf of themselves and a class of similarly situated persons,<br><br>        Plaintiff,<br><br>vs.<br><br>Hess Bakken Investments II, LLC,<br><br>        Defendant. | **ORDER FOR STATUS CONFERENCES**<br><br><br><br><br><br>Case No. 1:19-cv-218 |

The court shall hold a status conference with the parties by telephone on October 13, 2020, at 9:00 a.m. by telephone. Additionally, the court shall hold mid-discovery status conference with the parties by telephone on May 6, 2021 at 9:00 a.m. To participate in these conference, the parties should dial the following telephone number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 2nd day of September, 2020.

                                                            */s/ Clare R. Hochhalter*
                                                            Clare R. Hochhalter, Magistrate Judge
                                                            United States District Court