Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

White River Royalties, LLC and Sara Cammack,
on behalf of themselves and a class of similarly
situated persons,

    Plaintiffs,

v.

Hess Bakken Investments II, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:19-cv-218

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated March 15, 2022, Hess Bakken's Motion for Judgment on the Pleadings is GRANTED. The Amended Complaint is DISMISSED with prejudice. Hess Bakken's alternative Motion for Summary Judgment is MOOT because the matter is resolved on the pleadings after the filing of initial pleadings.

Date: March 15, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*